UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEATA TOIKACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants. | **Case No.: 1:25-cv-06055-JAV**<br><br>**JUDGE JEANNETTE A. VARGAS** |
| MICHAEL TOIKACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants. | **Case No.: 1:25-cv-06058-JGK** |
| SCOTT HOLLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>Defendants. | **Case No.: 1:25-cv-06200-RA** |

| | |
|---|---|
| RAVEEN BHATT and PORTIA MARIE SMITHSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>CHRISTIAN DIOR, INC., and CHRISTIAN DIOR COUTURE SAS,<br><br>    Defendants | **Case No.: 1:25-cv-06205-MKV** |
| RALPH NGUYEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>CHRISTIAN DIOR, INC.,<br><br>    Defendant | **Case No.: 1:25-cv-06270-LJL** |

### PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM CLASS COUNSEL AND AN EXECUTIVE COMMITTE

**PLEASE TAKE NOTICE THAT**, Plaintiffs in the above-captioned actions ("Plaintiffs"), individually, and on behalf of all those similarly situated, respectfully request that the Court: (1) pursuant to Federal Rule of Civil Procedure 42(a), consolidate the above-styled actions into to the first-filed *Toikach v. Christian Dior, Inc. et*, No. 1:25-cv-06055 ("Toikach I"), as well as any other future actions filed or transferred related actions (collectively, the "Related Actions") against Defendants, Christian Dior, Inc. and Christian Dior Couture SAS ("Defendants") under the new case style: "*In re Christian Dior Data Breach Litigation*"; (2) appoint Plaintiffs' leadership structure consisting of Gary Klinger of Milberg Coleman Bryson Phillips Grossman, PLLC and Jeff Ostrow of Kopelowitz Ostrow, P.A. as Interim Co-Lead Class Counsel ("Proposed

2

Interim Co-Lead Class Counsel"), and Manuel Hiraldo of Hiraldo P.A., Amber L. Schubert of Schubert Jonckheer & Kolbe, and J. Hunter Bryson of Bryson Harris Suciu & DeMay PLLC as members of an Executive Committee ("Proposed Executive Committee"); (3) stay the Related Actions, including any of the Defendants' responsive pleading deadlines; and (4) require the filing of a consolidated class action complaint ("Consolidated Complaint") within thirty (30) days of entry of an order consolidating the cases and appointing leadership.[1]

DATED: August 8, 2025                    Respectfully Submitted,

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis (Bar No. 2578896)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 10022
Tel.: (516) 491-4665
vmaniatis@milberg.com

Gary M. Klinger (*pro hac vice* forthcoming)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
Tel: (847) 208-4585
gklinger@milberg.com

Courtney Maccarone
Jeff Ostrow (*pro hac vice* forthcoming)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 525-4100
maccarone@kolawyers.com
ostrow@kolawyers.com

---

[1] Plaintiffs' counsel has not conferred with Defendants on this motion because Defendants' counsel has yet to enter an appearance in any of the Related Actions.

Amber L. Schubert (*pro hac vice* forthcoming)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St., Ste. 200
San Francisco, CA 94123
Telephone: 415-788-4220
Facsimile: 415-788-0161
aschubert@sjk.law

Manuel S. Hiraldo, Esq. (*pro hac vice* forthcoming)
**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Fort Lauderdale, Florida 33301
Telephone: 954.400.4713
Email: mhiraldo@hiraldolaw.com

Jason P. Sultzer, Esq.
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
Tel: (845) 483-7100
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com

J. Hunter Bryson (*pro hac vice* forthcoming)
**BRYSON HARRIS SUCIU & DEMAY PLLC**
900 W Morgan street,
Raleigh, NC 27603
Tel.: (919) 539-2708
Email: Hbryson@brysonpllc.com

*Counsel for Plaintiffs and the Proposed Class*

## FILER'S ATTESTATION

Pursuant to S.D.N.Y Electronic Case Filing Rules & Instructions 8.5, I hereby attest that each of the other signatories have concurred in the filing of this document.

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record for each party in the above-captioned actions sought to be consolidated via electronic mail on this 8th day of August, 2025

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis