# GIBSON DUNN

Mylan L. Denerstein
Partner
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

August 28, 2025

**VIA ELECTRONIC FILING**

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**MEMO ENDORSED**

Re:    *Toikach v. Christian Dior, Inc. et al.*, No. 25-cv-6055-JAV (S.D.N.Y.)

Dear Judge Vargas:

Pursuant to Section 3(E) of this Court's Individual Rules of Practice in Civil Cases, Defendant Christian Dior, Inc. respectfully requests to stay the deadline to respond to Plaintiff's Class Action Complaint (the "Complaint") filed on July 25, 2025.  *See* Dkt. 6.  This is the first request for an extension of time to respond to the Complaint, the parties are not yet scheduled to appear before this Court, and Plaintiff consents to this request.

Defendant Christian Dior, Inc. was served through its registered agent on August 21, 2025, and its response to the Complaint is currently due on September 11, 2025.  *See* Fed. R. Civ. P. 12(a).  The other Defendant in this action, Christian Dior Couture SAS, a foreign corporation, has not yet been served.

On August 8, 2025, Plaintiff in this action, along with plaintiffs in several recently filed related actions,[1] filed a Motion to Consolidate Actions and Appoint Interim Class Counsel and an Executive Committee in this first-filed case, *Beata Toikach v. Christian Dior, Inc.*, No. 25-cv-6055-JAV (S.D.N.Y. Aug. 8, 2025).  *See* Dkt. No. 12 (the "Motion to Consolidate").  This Motion to Consolidate is pending and seeks to (1) consolidate this, and the other related actions, into this first-filed action; (2) appoint Plaintiffs' proposed leadership structure; (3) stay this action and the Defendants' responsive pleading deadlines; and (4) require the filing of a consolidated class action complaint in this proposed lead case.

Defendant Christian Dior, Inc. respectfully requests that, in light of Plaintiffs' Motion to Consolidate and in the interest of efficiency, its time to answer, move, or otherwise respond to the Complaint in this action be stayed pending a ruling on the Motion to Consolidate.  Plaintiff does not oppose this request.

We thank the Court for its consideration of this request.

---

[1]  *Michael Toikach v. Christian Dior, Inc.*, No. 25-cv-6058-JGK (S.D.N.Y.); *Bhatt et al., v. Christian Dior, Inc.*, No. 25-cv-6205-MKV (S.D.N.Y.), *Holland v. Christian Dior, Inc. et al.*, No. 25-cv-6200-RA (S.D.N.Y.), and *Nguyen v. Christian Dior, Inc.*, No. 25-cv-6270-LJL (S.D.N.Y.).  There is an additional related action, *Ansryan v. Christian Dior, Inc.*, No. 25-cv-6705-VEC (S.D.N.Y.), that was initiated after the Motion to Consolidate was filed.

**GIBSON DUNN**

August 28, 2025
Page 2

Respectfully Submitted,

*s/ Mylan L. Denerstein*
Mylan L. Denerstein

cc:    All Counsel of Record via ECF

Defendant Christian Dior, Inc.'s request for an adjournment of the deadline to respond to the Class Action Complaint is GRANTED. The deadline for Defendant Christian Dior, Inc., to respond to the Complaint shall be extended to November 1, 2025.

SO ORDERED.
Dated: September 11, 2025

JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE