# GIBSON DUNN

Mylan L. Denerstein
Partner
T: +1 212.351.3850
M: +1 718.869.1671
mdenerstein@gibsondunn.com

October 16, 2025

MEMO ENDORSED

VIA ELECTRONIC FILING

The Honorable Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re: *Toikach v. Christian Dior, Inc. et al.*, No. 25-cv-6055-JAV (S.D.N.Y.)

Dear Judge Vargas:

We write with the consent of Plaintiff's counsel to request a stay of the deadline to respond to the Complaint pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on a Motion to Transfer and Centralize this, and other, actions into a multidistrict litigation ("MDL"). The parties have conferred and Plaintiff consents to the relief requested herein.

On August 29, 2025, a Motion to Transfer and Centralize the Contemplated MDL Actions was filed before the JPML. *See In re Salesforce, Inc. Customer Data Sec. Breach Litig.*, MDL No. 3164 (J.P.M.L.), ECF No. 1. That Motion seeks to transfer this, and other, actions into a putative MDL in the U.S. District Court for the Northern District of California. This Motion is pending before the JPML, which is scheduled to hear argument on December 4, 2025, and expected to issue a decision on transfer and centralization before the end of the year. *See In re Salesforce*, ECF No. 121 (scheduling panel hearing on December 4, 2025).[1]

Defendant Christian Dior, Inc.'s deadline to respond to the Complaint is currently November 1, 2025. *See* Dkt. 22.

The parties respectfully request that in light of the pending JPML Motion and hearing scheduled before the JPML on December 4, 2025, the deadline to respond to the Complaint be stayed pending a ruling from the JPML, which is expected to issue its decision before the end of the year. The parties believe that entering a brief stay of this deadline will serve the interests of efficiency and conserve the resources of the Court and all parties by allowing the JPML to rule on the potential transfer and centralization of this action. *See McCrary v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, 2024 WL 5315308 (S.D.N.Y. Dec. 16, 2024) (granting motion to stay "pending the resolution of the Motion to Consolidate before the JPML" in light of the risk of "duplicative proceedings" and the "interests in efficiency and economy"). Courts in other actions being contemplated for the MDL have similarly stayed deadlines pending the JPML's decision. *See, e.g.*, *Butler-Adams v. Louis Vuitton N. Am., Inc.*, No. 25-cv-7109-AT (S.D.N.Y. Sept. 22, 2025), ECF No. 14; *Keritsis v. Allianz Life Ins. Co. of N. Am.*, No. 25-cv-2777-KMM-JFD (D. Minn. Sept. 16, 2025), ECF No. 25.

---

[1] *See* "Inside the JPML," 108 JUDICATURE 2 (2024), https://judicature.duke.edu/articles/inside-the-jpml/ (Chair of the JPML stating that "[t]he JPML strives to issue its orders within two weeks of the hearing session").

**Gibson, Dunn & Crutcher LLP**

200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com

**GIBSON DUNN**

October 16, 2025
Page 2

The parties further agree to file a joint status report within one week of the JPML's decision on the Motion.

We thank the Court for its consideration of this request.

Respectfully Submitted,

*/s/ Mylan L. Denerstein*
Mylan L. Denerstein

cc:   All Counsel of Record via ECF

---

The parties request for a stay of the deadline to respond to the Complaint is GRANTED. The deadline for Defendant Christian Dior, Inc. to respond to the Complaint shall be stayed pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on the Motion to Transfer and Centralize the Contemplated MDL Actions. It is FURTHER ORDERED, that the parties shall submit a joint status report within one week of the JPML's decision on the motion.

SO ORDERED.
Dated: October 17, 2025

_____
JEANNETTE A. VARGAS
UNITED STATES DISTRICT JUDGE